# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4348

_____

DARYLL GOODING,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 28, 2019

PER CURIAM.

Petitioner's "motion to correct illegal sentence 3.800(a)" is treated as a petition for writ of habeas corpus and is dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daryll Gooding, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.